## FIELDS ET AL. v. SOUTH CAROLINA.

No. 399.   Decided March 18, 1963.

*Jack Greenberg, Constance Baker Motley, Matthew J. Perry* and *Lincoln C. Jenkins, Jr.* for petitioners.

*Daniel R. McLeod,* Attorney General of South Carolina, *Everett N. Brandon,* Assistant Attorney General, and *Julian S. Wolfe* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the Supreme Court of South Carolina is vacated and the case is remanded for consideration in light of *Edwards* v. *South Carolina,* 372 U. S. 229.

MR. JUSTICE CLARK dissents for the reasons expressed in his dissenting opinion in *Edwards* v. *South Carolina, supra.*